ALBANY,
Aug. 1834.

Allen
v.
Gibbs.

the cause to trial a second time, the two defendants who had pleaded moved for judgment as in case of nonsuit, which was refused by the court, on the ground that judgment as in case of nonsuit cannot be .granted, where the action is against two or more defendants,' and one suffers a default. 10 Wendell, 596. On showing now a further default in bringing the cause to trial, the defendant asked for relief.

---

## ALLEN *vs.* GIBBS.

A motion for a *commission* to examine witnesses will not be entertained by this court, after a similar application to a circuit judge and a refusal by him.

August 21.

IT was objected to a motion for a *commission* to take the testimony of foreign witnesses, that a similar application had been made in this cause to a circuit judge, and refused by him; which objection was sustained by the CHIEF JUSTICE, and the motion denied.